[No. 9578-1-I.  Division One.  January 31, 1983.]

KENT PETER CHAPLIN, ET AL, *Appellants,* v. PETER SANDERS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Sno-

homish County, No. 79–2–01766–1, Robert C. Bibb, J., entered October 31, 1980. *Reversed* and *remanded* by unpublished opinion per Ringold, J., concurred in by Callow and Scholfield, JJ.